IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-MC-00014-RN

**Paragon Advanced Technologies, Inc.**, et al.,

    Plaintiff,

v.

**Patrick Eckels**, et al.,

    Defendants.

**Order**

Paragon Advanced Technologies, Inc., and Paragon28, Inc. ("P28") asked the court to compel non-party Kenneth Gall to comply with a subpoena. Mot., D.E. 1. At the September 30, 2025 evidentiary hearing, the parties reached an agreement to resolve their dispute and asked the court to enter an order memorializing that agreement. Thus the court orders as follows:

The parties agree that Geo Brown shall conduct a forensic preservation and analysis of Dr. Gall's laptop, Dropbox, cellphone, and email accounts for Paragon information as defined below.

The examination shall identify what actions were taken with any Paragon information, including access of, sharing of, or deletion of the Paragon information. If the deletion of information is found, Mr. Brown shall recover the documents to the extent technically feasible and shall produce the recovered Paragon documents and information. If the deleted information is not recoverable, an explanation, if one is possible, shall be provided as to why it is not recoverable. Paragon shall provide a list of file names, hash values and keywords to assist Mr. Brown in locating Paragon information by October 3, 2025. A report containing Mr. Brown's findings shall be provided to counsel no later than November 10, 2025.

The production of any documents shall be reviewed by counsel for Dr. Gall for any privilege review purposes prior to production to counsel for Paragon. This process shall not constitute a waiver of any privilege between Dr. Gall and Restor3d and Mr. Brown, including the attorney-client privilege, common-interest privilege, and work-product doctrine. Reasonable costs of the examination shall be paid by Paragon. The parties agree that any further disputes regarding this motion shall be resolved in the United States District Court for the District of New Jersey, not the United States District Court for the Eastern District of North Carolina.

Otherwise the motion to compel (D.E. 1) is denied. Each party will bear their own costs.

The Clerk of Court shall close this case.

Dated: October 1, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge

2

Case 5:25-mc-00014-RN   Document 24   Filed 10/01/25   Page 2 of 2